PETROLEUM CARRIER CORPORATION, a corporation, v. STANDARD OIL COMPANY OF KENTUCKY, a corporation.

23 So. (2nd) 249                                    June Term, 1945
September 11, 1945                                         Division A

*Martin Sack* and *R. C. Evans* for Appellant.

*Thomas Sale* for appellee.

PER CURIAM:

No error appearing in the judgment appealed from, the same is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.